IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAUL WAYNE JOHNSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:21-CV-258-RAH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 7, 2021, the Magistrate Judge entered a Recommendation (Doc. 6) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for Plaintiff's failure to prosecute and to comply with the orders of the Court.

A separate Final Judgment will be entered.

DONE, on this the 20th day of December, 2021.

                /s/ R. Austin Huffaker, Jr.
                R. AUSTIN HUFFAKER, JR.
                UNITED STATES DISTRICT JUDGE